AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>FACEBOOK ACCOUNTS OF JESSE WOLF-JOHN | )<br>)<br>)<br>)<br>)<br>)   Case No.  MJ18-216 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____Northern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. § 2252(b)(4) | Possession of Child Pornography |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Jack F. Kane, FBI
*Printed name and title*

Sworn to before me pursuant to CrimRule 4.1.

Date:  5/10/18

_____
*Judge's signature*

City and state:  Seattle, Washington

Brian A. Tsuchida, Chief United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

STATE OF WASHINGTON          ss

COUNTY OF WHATCOM

I, Jack F. Kane, being first duly sworn under oath, depose and state as follows:

1.       I am a Special Agent with the Federal Bureau of Investigation assigned to the Bellingham Resident Agency of the FBI's Seattle Field Office.  I am an investigative and law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7).  My duties as a Special Agent include the full-time investigation of a wide range of federal criminal offenses.  Among my responsibilities is to oversee the Northwestern Safe Trails Task Force, which focuses on the investigation of violent crime, narcotics trafficking, and other federal offenses in Northwest Washington's Indian Country.

2.       I have been employed as a FBI Special Agent for approximately four years. Prior to becoming an FBI Special Agent, I served as an intelligence officer in the United States Marine Corps for approximately five years.

3.       As part of my duties, I investigate criminal violations relating to child exploitation and child pornography.  I have received training in the area of child pornography and child exploitation, and have observed and reviewed numerous examples of child pornography in various forms of media, including media stored on digital media storage devices such as computers, tablets, cellphones, etc.  I have also participated in the execution of numerous search warrants involving investigations of child exploitation and/or child pornography offenses.  I work with federal, tribal, state, and local law enforcement personnel in the investigation and prosecution of crimes involving the sexual exploitation of children.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4.      This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Facebook to disclose copies of the information (including the content of communications) further described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

5.      I make this Affidavit in support of an application  for a warrant for information associated with certain social media accounts as detailed below and further described in Attachment A (the SUBJECT ACCOUNTS), which are stored at the premises controlled by Facebook, a social media platform headquartered at 1601 Willow Road, Menlo Park, CA 94025:

**https://www.facebook.com/jesse.wolfjohn**

**Facebook.com account identified as id= 100002502186714**

6.      The facts set forth in this Affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; the review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

7.      Because this Affidavit is submitted for the limited purpose of providing sufficient facts necessary to determine whether there is probable cause in support of the application for a search warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation. I have set forth only the facts that I believe are relevant to the determination of probable cause to believe that evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§ 2252(a)(2) & 2252(b) (Attempted Receipt of Child Pornography) and 18 U.S.C. §§ 2252(a)(4) & 2252(b) (Attempted Possession of Child Pornography) will be found in the SUBJECT ACCOUNTS.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# I.  INTRODUCTION AND BACKGROUND

8.      This investigation began in December 2017 when the Swinomish Tribal Police Department received a report that Jesse L. WOLF-JOHN had sent inappropriate text messages to a fourteen-year-old boy.  Ultimately, WOLF-JOHN was interviewed and admitted using Facebook Messenger to communicate with two minors in an attempt to begin a sexual relationship with them.  He also stated that he had communicated using Facebook Messenger with other young men, whom he believed to be under 18 years of age, for the purposes of receiving images and videos of minors engaged in sexual explicit activity.

# II.  SUMMARY OF INVESTIGATION

## *Initial Report Regarding WOLF-JOHN's Contacts with JF*

9.      On December 13, 2017, Swinomish Tribal Police Department officers received a Child Protective Services (CPS) Intake Report stating that a fourteen-year-old juvenile male ("JF") was alleging that he had been receiving inappropriate text messages from Jesse L. WOLF-JOHN.  WOLF-JOHN is 37 years old and a resident and an enrolled member of the Swinomish Tribal Community in La Conner, Washington.  The CPS intake report stated that JF informed his school counselor that he had received text messages from WOLF-JOHN that he felt were strange. He reported that in the messages WOLF-JOHN would tell him that he thought he was cute and would ask him to send photographs of himself.

10.     As a result of the above report from CPS, Swinomish Police officers spoke with JF's school counselor, who stated JF would likely close down if contacted directly by officers.  Officers spoke with JF's mother, who stated JF did not want to talk with officers and that WOLF-JOHN had stopped contacting JF by that time. WOLF-JOHN was later contacted by Swinomish Police Detective James Schwahn for an unrelated case. When interviewed for the unrelated case, WOLF-JOHN agreed to talk about his interactions with JF.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

11.     WOLF-JOHN is currently charged in the Swinomish Tribal Court with Possession of Child Pornography and Sexual Exploitation of Minor.

### *Interview of Wolf-John*

12.     On February 14, 2018, WOLF-JOHN was interviewed by Swinomish Police Detective James Schwahn as well as FBI Special Agent Jack Kane.  The first interview began at approximately 1009 hours, and was conducted by Detective Schwahn alone.  The second interview began at approximately 1437 hours and involved both Detective Schwahn and Special Agent Kane. At the beginning of each interview, WOLF-JOHN was advised of his Miranda Rights, and in both instance WOLF-JOHN stated he understood and would waive his rights. Both interviews were recorded in audio and video with WOLF-JOHN's knowledge.

13.     In the beginning of the first interview with WOLF-JOHN, he stated that he did not know JF.  He did state that he knew JF's mother but only in passing.  It should be noted that Det. Schwahn later spoke with JF's mother who informed me that she is actually good friends with WOLF-JOHN's wife and that she has had both WOLF-JOHN and his wife over on multiple occasions.  As the interview with WOLF-JOHN progressed he admitted that he knew JF, but stated that he had never had contact with JF of any kind.

14.     When it was pointed out to WOLF-JOHN that we had knowledge that he had been communicating with JF via Facebook Messenger he admitted that it was true. WOLF-JOHN did state that he is no longer speaking with JF.  WOLF-JOHN also eventually admitted that he had been over to JF's house to visit JF's uncle, but that he had never seen (JF) while there.

15.     WOLF-JOHN described JF as a quiet kid who he believed was looking for someone that he could relate to, and that he believed that he (WOLF-JOHN) was that person. WOLF-JOHN stated that the conversation with JF consisted of normal topics in the beginning and that they got closer over time. Eventually WOLF-JOHN admitted that his communication with JF did get inappropriate towards the end.  WOLF-JOHN described the communications as containing sexual innuendo such as over emphasizing

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   words like long and big.  WOLF-JOHN had initially stated that he was not gay, so he was

2   asked why he was saying these things to a juvenile male.  WOLF-JOHN stated that he

3   was playing "devil's advocate" and making trouble.

4           16.     WOLF-JOHN stated that he continued communicating with JF for a few

5   months before things progressed.  He explained that JF began asking him questions like

6   whether or not WOLF-JOHN thought he was pretty, and "why do you like me?"  WOLF-

7   JOHN stated that he would tell JF that he was an attractive boy who could go far in life

8   on his looks alone.  WOLF-JOHN gave examples such as stating that JF would say that

9   he wished they were together so that he could give WOLF-JOHN a shoulder rub.  He also

10  gave the example of how JF would complain to him that his bed was messy and that it

11  was always going to be messy.  When asked what that meant to him, WOLF-JOHN

12  stated that he believed JF was implying that it would remain messy because the two of

13  them would mess up the bed together.

14          17.     When asked why the messaging between him and JF stopped, WOLF-

15  JOHN explained that JF's mother told him that he was no longer allowed to come to her

16  house or talk with her son.  He explained that she thought they were getting too close.  He

17  stated this happened in the beginning of December 2017.

18          18.     After being told a number of times that we would be seeking a warrant to

19  get his Facebook Messenger information which would include deleted messages, WOLF-

20  JOHN eventually stated the he "might have gone a little too far."  He explained that he

21  had asked JF to send him full body pictures of himself.  He stated that JF never did,

22  adding that he only sent face shots.  WOLF-JOHN stated that was the extent of it.

23          19.     When confronted with the possibility that JF's mother had copies of

24  messages between him and her son which were likely more graphic then he had

25  described, WOLF-JOHN again changed his story.  WOLF-JOHN then stated that he

26  decided to open up to JF and ask if they could see one another.  He stated that he thinks

27  that this might have scared JF.  He went on to state that he wanted them to take the next

28  step so he asked JF if he wanted to "stop talking and just go for it?"  WOLF-JOHN

AFFIDAVIT OF SPECIAL AGENT KANE - 5

explained that by "it" he meant sex, but that he was trying to get JF to say the actual word first.  When asked if he thought that JF understood what he was getting at, WOLF-JOHN stated that he believed that JF got the point. He stated that JF turned these advances down.  WOLF-JOHN admitted that if JF would have said yes that he would have gone through with it.  It should be noted that in WOLF-JOHN's written statement (which he completed following his first interview on February 14, 2018) he stated that he asked JF if he wanted to meet for sex and that JF got scared.

20.     WOLF-JOHN was then asked if he considered himself bisexual and he stated that he did.  He went on to state that he had never had a relationship with a male and that JF would have been his first.  WOLF-JOHN explained that his attraction to boys is a new thing for him.

21.     WOLF-JOHN stated that he would often message with JF while he was at school.  He stated that he did not know what school JF attended. He did state that he believed him to be in middle school.  When asked, he stated that he understood middle school to consist of the sixth, seventh, and eighth grades, but that he was unsure which grade JF was in.

22.     WOLF-JOHN was then asked if officers were going to find anything else when they search his Facebook account.  He admitted that we will likely see that he was also communicating with "out of towners."  He explained that these were individuals either from other states or in some cases from other countries.  WOLF-JOHN first described these individuals as being of the ages of eighteen to twenty five.  When pressed on the matter he stated that the youngest was likely sixteen, and then eventually stated fifteen or sixteen.  He then went on to talk about going onto different websites such as "Hot males" and "Hot teens."  He talked about viewing pornographic videos that contained teenage males. He stated that he could not say for certain what their ages were, but stated that some appeared to be early teens while others appeared to be late teens.  He talked about how the videos would start out with the teens clothed and then they would undress and often have sex.  He also spoke about communicating with boys who he said

1   would be "showcasing" themselves wearing little to no clothes.  It should be pointed out
2   that in WOLF-JOHN's written statement, he admitted that these communications were
3   more about getting them to send him naked pictures.  He further stated that some of these
4   individuals were in their early to late teens.

5          23.     Later, during the second interview of WOLF-JOHN on February 14, 2018,
6   when talking about his relationship with JF, WOLF-JOHN stated that he was trying to
7   see if the "kid" wanted sex, or if he just wanted to keep it intimate where they don't have
8   to have it.  He went on to say that he did not know if the kid was setting him up so he had
9   to be careful on how he approached it.  WOLF-JOHN stated that this was the first time he
10  had let the "demon out."  He stated that the internet has made it easier for him to do this.

11         24.     When asked if there was anything else that we were going to see on his
12  Facebook account, WOLF-JOHN stated that he was also talking with an underage male
13  from the Philippines. All he stated about this individual was that they would talk about
14  their sexual likes and dislikes.

15         25.     WOLF-JOHN made the statement that he was having trouble deciding what
16  he should talk about and what he shouldn't.  We advised him to just tell us the truth.  We
17  reminded him again that we were likely going to find it all out and that it would be a
18  good idea for him to just come clean.

19         26.     WOLF-JOHN then stated that he had been communicating with one of his
20  oldest son's friends.  He provided us with his first and last name, but for purposes of this
21  affidavit as "TR."  Detective Schwahn knows TR to be a fifteen-year-old male.  WOLF-
22  JOHN explained that like with JF, he was unsure whether or not TR was leading him on.
23  WOLF-JOHN stated that TR would come to his house and would sometimes sit close
24  enough to him where he would be leaning up against him.  WOLF-JOHN described this
25  as a "different sense of sitting next to you."  He further explained that there would be
26  times when he and TR would hug.  WOLF-JOHN described this as a "different touch of a
27  hug."

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

27.     WOLF-JOHN talked about how he and TR would communicate with one another on Facebook Messenger.  He explained that he began talking with TR about, as he described it, "the chance to make out." He stated that TR informed him that he was not interested.  After telling us about TR, WOLF-JOHN made the statement that this is why he just stays home, "So many miscommunications."  He went on to explain how TR would sit next to him, lean up against him, and at times lay his arm across WOLF-JOHN's lap.  WOLF-JOHN asked, "How are you supposed to think?"  He then went on to point out that the last time he messaged him, TR told him that he was about to jump in the shower. WOLF-JOHN emphasized the fact that he said he was getting in the shower as if this was another obvious example of TR flirting with him.

28.     WOLF-JOHN was then asked if he ever talked with TR about them having sex.  WOLF-JOHN stated that TR got to the point where even thinking about talking about it scared him. He stated that he was trying to use certain words (without using the exact words) so that TR would be able to understand what he was talking about.  When asked if he thought that TR was able to figure it out he stated that he thinks that TR got the point.  WOLF-JOHN then went on to talk about the importance that TR understands that he needs to be more mindful of the mixed signals that he is giving out.  He stated that another person might just take what they want.

29.     WOLF-JOHN went on to talk about how he was a victim of sexual abuse when he was a young child.  He stated that he does not want to be the guy who says, "God it happened to me so I'm going to do it to others now."  He explained that he would try to think of ways to ask these kids without getting himself in trouble.  He stated that when they turned him down he did not continue to pursue it.

### *Interview of Jillian Wolf-John*

30.     Detective Schwahn later spoke with WOLF-JOHN's wife, Jillian Wolf-John on February 15, 2018.  Jillian Wolf-John asked Schwahn if he thought she should be worried about whether or not her boys were one of WOLF-JOHN's victims.  Det. Schwahn explained to her that at this time we did not have evidence showing that they

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   were; however it could not be ruled out.  When Det. Schwahn spoke with Jillian Wolf-

2   John about WOLF-JOHN being released from jail, Schwahn asked her if she was worried

3   about having him home.  She stated that she was not because WOLF-JOHN is never left

4   alone with their boys.  It should be pointed out that not once did Jillian ever dispute or

5   even question these allegations.

6                                      ***Interview of TR***

7          31.     TR was interviewed by Detective Schwahn on February 15, 2018 and again

8   on February 16, 2018.  TR stated that he did not recall WOLF-JOHN talking with him

9   about sexual things.  He stated that WOLF-JOHN began messaging him through

10  Facebook which he thought was strange.  He explained that there was several times when

11  WOLF-JOHN would say confusing things, and that he would not know what he was

12  talking about.  TR talked about how WOLF-JOHN would sometimes say weird things

13  that he found creepy and flirtatious.  He explained that he had received a message from

14  WOLF-JOHN asking him what he was doing.  He stated he responded that he was about

15  to jump in the shower.  TR stated that WOLF-JOHN responded by saying something

16  about how he was teasing him.  He described another time when WOLF-JOHN messaged

17  him to ask if he was going to stay over for the weekend.  TR stated that he has stayed the

18  night at WOLF-JOHN's house in the past because he is friends with his son, but found it

19  strange that WOLF-JOHN would be asking him this.

20         32.     TR also stated that he did not recall ever sitting close to WOLF-JOHN and

21  touching him in any way.  He did state that he recalled hugging him before, but stated

22  that it was just a quick hug.  TR stated that he is seldom around WOLF-JOHN and that

23  when he is WOLF-JOHN acts completely different in person. He stated that in person

24  WOLF-JOHN is quiet and that they don't speak much at all.

25         33.     TR described another incident that occurred while spending the night with

26  WOLF-JOHN's son at WOLF-JOHN's home.  He described that while late at night he

27  left his friend's bedroom to use the bathroom.  He stated that when he returned he went

28  online using his phone.  He stated that he then received a message from WOLF-JOHN

asking him to come give him a hug before bed.  He stated that this made him feel uncomfortable because this was unusual and had never happened before.  He stated that it was dark in the living room where WOLF-JOHN sleeps, and that he did not respond to the message, nor did he go out to hug WOLF-JOHN.

### Additional Information from Mother of Third Juvenile

34.    Detective Schwahn also spoke with the mother of a third juvenile male who informed him that her son came to her with concerns about WOLF-JOHN.  She explained that WOLF-JOHN had begun communicating with her thirteen-year-old son through Facebook Messenger, and that WOLF-JOHN had gone out of his way to talk with him when he would go to the Village Chevron (where WOLF-JOHN is employed).  She stated that although she did not view anything criminal she has informed WOLF-JOHN to leave her son alone, and has directed her son to block him on Facebook.

### Attempt to Obtain Information from Facebook via Tribal Court Search Warrant

35.    On March 8, 2018, Detective Schwahn applied for and received a warrant from the Honorable Mark W. Pouley, Chief Judge of the Swinomish Tribal Court, authorizing the search of the same information in the custody of Facebook that is sought by this search warrant application.  However, Facebook refused to produce information pursuant to the tribal court warrant, claiming that a tribal court did not have jurisdiction to issue a warrant for information under the Stored Communication Act, 18 U.S.C. § 2703 *et seq.*  Thereafter, I agreed to assist in applying for a federal search warrant for the same information to aid the Swinomish investigation of WOLF-JOHN.

### III.    BACKGROUND REGARDING FACEBOOK'S SERVICES

36.    Facebook, Inc. owns and operates the free-access social networking website Facebook.com.  Facebook allows its subscribers to establish personal accounts. Subscribers can then use their accounts to share written news, communications, photographs, videos, and other information with other Facebook users, and sometimes with the general public; to purchase and sell things, play games, and engage in numerous additional computer based activity.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

37.    A Facebook subscriber typically creates a personal profile using photos of him/herself and a name or nickname their friends and family know.  This permits friends and family to find the subscriber's account.  Facebook asks subscribers to provide basic contact information.  This may include the subscriber's full name, birth date, contact e-mail addresses, physical address (city, state, zip code, and country), telephone numbers, screen names, associated websites, and other personal identifiers.  Subscribers can list credit, debit or other financial account numbers for use when making purchases on or through Facebook.  Facebook also asks subscribers to create an account password.  The password, known only to the subscriber (and anyone to whom s/he gives it) limits access to the account.  Only someone logged in with the password can change profile details, profile photographs or privacy settings.[1]  Only a person who has logged into the account with a password can post on the "Wall,"[2] send messages (similar to text messaging), or send friend requests under the identity of the account owner.  Facebook subscribers rarely share the password to their accounts.  There is little purpose in sharing passwords, because anyone whom the account owner permits can post messages on the user's "Wall."

38.    Subscribers can select different levels of privacy for the communications and information associated with their Facebook accounts.  By adjusting these privacy settings, a subscriber can make profile information, status updates, check-ins, and other posted material available only to himself or herself, to particular Facebook users, to all Facebook users, or to anyone with access to the Internet, including people who are not Facebook users.

39.    Facebook subscribers can create personal profiles that include photographs, personal statistics such as birthdate, schooling, employer, lists of personal interests, and other information.  Subscribers can also post "check-ins"[3] and "status updates" about

---

[1]Subscribers must also be logged into their accounts to make purchases, post adds, make comments, adjust notifications they receive and to change other aspects of their accounts.

[2] A "Wall" in a particular subscriber's Facebook page is a space where the subscriber and his or her "Friends" (if permitted by the subscriber) can post and respond to status updates, check-ins,  messages, images, attachments, and links.

[3] A "check-in" accesses the user's mobile device GPS to let friends know exactly where the subscriber is.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   their whereabouts and actions, as well as links to videos, photographs, articles, and other

2   items available elsewhere on the Internet.  Facebook subscribers can also post

3   information about upcoming "events," such as social occasions, by listing the event's

4   time, location, host, and guest list.

5       40.    A subscriber can also connect directly with individual Facebook users by

6   sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the

7   request, then the two users will become "Friends" for purposes of Facebook and can

8   exchange communications or view information about each other.  Each Facebook user's

9   account includes a list of that user's "Friends" and a "News Feed," which highlights

10  information about the user's "Friends," such as status updates, check-ins, profile changes,

11  and upcoming events.  Subscribers may also join groups or networks to connect and

12  interact with other users who are members of the same group or network.  A Facebook

13  network or group has options for adjusting privacy settings to grant or limit viewing or

14  posting to the group's page.

15      41.    In Facebook's Photos application, subscribers can upload an unlimited

16  number of albums and photos.  The Photos application can capture and store a geometric

17  representation of a face (Known as Faceprint data).  Subscribers can "tag" (i.e., label)

18  other Facebook users depicted in a photo or video.  When a user is tagged in a photo or

19  video, he or she receives a notification of the tag and a link to see the photo or video.

20      42.    For Facebook's purposes, a subscriber's "Photoprint" includes all photos

21  uploaded by that subscriber that have not been deleted, as well as all photos uploaded by

22  any user that have that subscriber tagged in them.  As uploaded, a digital photo often

23  contains embedded data about when and where it was taken, and other information on its

24  genesis.  That information is called Exchangeable image file format (EXIF) information.

25  Facebook "scrapes" this information off photos before placing them onto a page, but

26  retains the original data.

27      43.    Facebook users can exchange private messages on Facebook with other

28  users.  These messages, which are similar to e-mail messages, are sent to the recipient's

1   "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well

2   as other information.  Facebook users can also post comments on the Facebook profiles

3   of other users or on their own profiles; such comments are typically associated with a

4   specific posting or item on the profile.

5   44.   Facebook captures and retains, for each subscriber account, data regarding

6   the date, time, place, and IP addresses (IP Logs)  used when the subscriber accesses

7   his/her account; actions taken and items viewed while using the account; and subscriber

8   geographic location, if that setting is enabled.  This data cannot be manipulated by the

9   subscriber.  Facebook also retains, and makes available to the account subscriber, all

10   information contained in Appendix A, attached and incorporated by reference.  Material

11   posted by the subscriber is retained by Facebook until sometime after it is deleted by the

12   subscriber.

13   45.   In Facebook jargon,

14   •   Subscriber "Basic Contact Information" includes subscriber, name,

15   birth date, email address(es), physical address (city, state, zip, country), all telephone

16   numbers, screen name and any associated website;

17   •   "Basic Subscriber Information (BSI)" is the subscriber's

18   identification number, name, email address, date and time stamp of account creation,

19   registered cellular telephone number, record of recent logins, and whether the

20   subscriber's page is publicly viewable; and

21   •   A "Neoprint" is an expanded view of a given subscriber profile.  It

22   includes subscriber profile contact information, friend lists; groups and networks of

23   which the subscriber is a member; "News Feed" information; "Wall" postings;  status

24   updates; links to videos, photographs, articles, and other items; event postings; rejected

25   "Friend" requests; comments; messages; gifts; pokes; tags; and information about the

26   subscriber's access and use of Facebook applications.

27   46.   Facebook subscribers may communicate directly with Facebook about

28   issues relating to their account, such as technical problems, billing inquiries, or

AFFIDAVIT OF SPECIAL AGENT KANE - 13

1  complaints from the subscriber or other users.  Social networking providers like
2  Facebook typically retain records about such communications, including records of
3  contacts between the subscriber and the provider's support services, as well records of
4  any actions taken by the provider or subscriber as a result of the communications.

5  **VI.  INFORMATION TO BE SEARCHED AND REQUEST FOR SEALING**

6       47.    Pursuant to Title 18, United States Code, Section 2703(g), this application
7  and affidavit for a search warrant seeks authorization to permit Facebook to assist agents
8  in the execution of the proposed search warrant.  Once issued, the search warrant will be
9  presented to Facebook with direction that Facebook identify the accounts described in
10  Attachment A, as well as other subscriber and log records associated with the SUBJECT
11  ACCOUNTS, as set forth in Attachment B.  The search warrants will direct Facebook to
12  create an exact copy of the specified accounts and records, which I, and/or other law
13  enforcement personnel will thereafter review for items identified in Section II to
14  Attachment B, for seizure.

15       48.    To avoid jeopardizing the investigation (particularly to avoid the risk of
16  WOLF-JOHN attempting to destroy or manipulate evidence in Facebook's custody) and
17  to protect the privacy of WOLF-JOHN and his alleged minor victims, I request that all
18  materials related to the applications for this search warrant be sealed.  Therefore, I request
19  that this affidavit and all related items filed with the Court be sealed.

20  //
21  //
22  //
23  //
24
25
26
27
28

AFFIDAVIT OF SPECIAL AGENT KANE - 14

# VIII.  CONCLUSION

49.     Based on the forgoing, I request that the Court issue the proposed search warrant.  This Court has jurisdiction to issue the requested warrants because it is "a court of competent jurisdiction" for purposes of 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).   Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  Accordingly, by this Affidavit and Warrant, I seek authority for the government to search all of the items specified in Section I, Attachment B, and specifically to seize all of the data, documents and records that are identified in Section II to that same Attachment.

JACK F. KANE
Special Agent
Federal Bureau of Investigation

The above-named affiant provided a sworn statement attesting to the truth of the contents of the foregoing affidavit on May _10_, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

AFFIDAVIT OF SPECIAL AGENT KANE - 15